UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| JEANINE M. O'SHAUGHNESSEY, | ) |
| Plaintiff, | ) |
| v. | ) 3:17-cv-03311-SEM-TSH |
| HSHS MEDICAL GROUP, INC., | ) |
| Defendant. | ) |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the stipulation of the parties, and the Court otherwise being fully advised in the premises:

IT IS HEREBY ORDERED that all claims asserted by Plaintiff Jeanine M. O'Shaughnessey in this matter shall be, and the same hereby are, dismissed with prejudice and without costs, interest or attorneys' fees to either party. This is a final order and disposes of the last issues in this case.

**IT IS SO ORDERED.**

s/Sue E. Myerscough
United States District Court Judge

Approved as to form and substance:

/s/ Carl R. Draper
Carl R. Draper, #03128847
*Attorney for Plaintiff O'Shaughnessey*

/s/ Larry R. Jensen
Larry R. Jensen (P60317)
*Attorney for Defendant HSHS Medical*